UNSEALED

CO-526
(12/86)

**FILED**

NOV **1 9** 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 02-388-3 (ESH)
)
JUAN CARLOS SIERRA-RAMIREZ )
)

SEALED

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved: _____   Date: 11/19/08
Judge Ellen Segal Huvelle

