UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNSEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No.: 02-388 (ESH) |
| v. | -- Filed Under Seal -- |
| JUAN CARLOS SIERRA-RAMIREZ | |

FILED
JUL -9 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The defendant, Juan Carlos Sierra-Ramirez, by the undersigned defense counsel and the United States respectfully request that this Court continue the current sentencing hearing and set a new hearing date for August 31, 2010 at a time convenient for the Court.

Both parties agree that this continuance shall allow for the completion of the defendant's cooperation for the purposes of sentencing.

**WHEREFORE,** the parties request that the Court set August 31, 2010 as a new sentencing hearing date.

**Respectfully submitted,**

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C. 20004
*Counsel for Juan Carlos Sierra*

**CERTIFICATE OF SERVICE**

      I certify that this pleading was served via electronic mail to all parties and also submitted to the Clerk of the Court per this Court's Local Rules governing sealed pleadings on this 9th day of May 2010.

                                                  /s/ _____
                                               Manuel J. Retureta, Esq.