FILED

MAR - 8 2011

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 02-388 - 03 |
| --- | --- | --- |
| | : | (ESH) |
| v. | : | |
| | : | |
| JUAN CARLOS SIERRA-RAMIREZ, | : | FILED UNDER SEAL      UNSEALED |
| A/K/A "EL TUSO," | : | |
| A/K/A "EL PRIMO," | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |

## MOTION FOR UNSEALING OF RECORD

The United States of America, by and through the undersigned counsel, respectfully requests that this Court unseal the record in the instant case against this defendant except for the Joint Status Reports filed by the parties. The defendant will be testifying in a trial scheduled to begin on March 14, 2011, in a criminal case pending in the Eastern District of New York during which his cooperation, Plea Agreement and Statement of Facts will become part of the public record. As grounds for the motion, the United States submits the following:

1. On November 19, 2008, this Court accepted the guilty plea of the defendant and ordered that the Plea Agreement and Statement of Facts be placed under seal until further order of the court. This order was based on representations by the government.

2. Specifically, the government informed the Court that the defendant had agreed to cooperate with United States and Colombian law enforcement authorities. This cooperation included debriefings by law enforcement in various jurisdictions of the United States and with the Republic of Colombia, testimony before the Colombian Supreme Court and in hearings under the Colombian Justice and Peace Act. Public knowledge of the defendant's plea agreement and

cooperation would create a risk of individuals fleeing, evidence being destroyed and physical violence against the defendant and his family members. Accordingly, the government requested this Court to seal the Plea Agreement and Statement of Facts and other pleadings, documents and docket entries involving the defendant.

3. Since that time, the defendant has been requested by the United States Attorney's Offices in the Eastern District of New York for interviews/debriefings. The defendant was debriefed and has been named as a witness in a pending criminal case, *United States v. Carlos Arturo Patino Restrepo,* 02-1188(S-13)(LDW-18), in the United States District Court for the Eastern District of New York. On January 6, 2011, the government moved, and the Court granted, a motion for a limited unsealing of the Plea Agreement and Statement of Facts to permit the United States to meet its discovery obligations in that case. The trial, actually a retrial following a hung jury/mistrial, is now scheduled to begin on March 14, 2011, in Brooklyn, New York. When the defendant testifies his cooperation, Plea Agreement and Statement of Facts will become a matter of public record.

4. Accordingly, the government makes this motion to unseal the record, including the Plea Agreement and Statement of Facts, in the instant case against the defendant. The government requests, however, that the Joint Status Reports filed by the parties remain under seal. Although the information in the Joint Status Reports filed by the parties do not specifically name targets or defendants, the documents reveal ongoing investigations and pending cases in which the defendant will be revealed as a witness/source of the prosecution.

5. Defense attorney, Manuel J. Retureta, Esquire, has been notified and does not object to the motion and unsealing of the record.

WHEREFORE, the United States respectfully requests that this Court unseal the record in the instant case against the defendant, except for the Joint Status Reports filed by the parties in this case which are to remain under seal.

Respectfully submitted, this 8th day of March, 2011.

>Arthur G. Wyatt, Chief
>Narcotic and Dangerous Drug Section
>Criminal Division
>U.S. Department of Justice
>Washington, D.C. 20530
>
>By: _____
>Robert A. Spelke
>Trial Attorney
>Narcotic and Dangerous Drug Section
>Criminal Division
>U.S. Department of Justice
>Washington, D.C. 20530
>202-353-3807

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government's Motion for Unsealing was sent on this 8th day of March, 2011, first class, postage prepaid, to the following counsel of record:

Manuel J. Retureta, Esquire
1614 20th Street, N.W.
Washington, D.C. 20009

and

Ron Earnest, Esquire
700 Carroll Avenue
Suite 200
Takoma Park, MD 20912

_____
Robert A. Spelke