UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 07 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

JUAN CARLOS SIERRA RAMIREZ

Criminal Case No.: 02-388 (3) (ESH)

-- Under Seal --

## ORDER

Upon consideration of the defense motion to unseal the case so documents and information about the case may be shared with government agencies, for the reasons set forth in the defense motion, and the consent granted by government counsel, and a review of the case by this Court, it is hereby ORDERED that the defense motion is GRANTED.

The parties are ORDERED and authorized to share any and all case documents with government agencies evaluating the future immigration status of the defendant.

SO ORDERED THIS __7__ DAY OF MARCH 2013.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE