UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 02-388 – 03 |
| | : | (ESH) |
| v. | : | |
| | : | |
| JUAN CARLOS SIERRA-RAMIREZ, | : | FILED UNDER SEAL |
| A/K/A "EL TUSO," | : | |
| A/K/A "EL PRIMO," | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |

**FILED**

MAR 14 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER FOR UNSEALING OF RECORD

This cause comes before the Court on the Government's Motion to Unseal the Record in this case except for the Joint Status Reports filed by the parties. Considering the grounds raised in said motion, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** that the record in the instant case is unsealed, including the Plea Agreement and Statement of Facts but not the Joint Status Reports;

**IT IS FURTHER ORDERED** that the Joint Status Reports filed by the parties in this case will remain under seal until further Order of the Court.

3/9/11
DATED

_for_ ELLEN S. HUVELLE
Royce C. Lamberth, U.S.D.J.
UNITED STATES DISTRICT JUDGE

