

**FILED**
APR 2 8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No.: 02-388 (ESH) |
| JUAN CARLOS SIERRA-RAMIREZ | -- Filed Under Seal -- |

### *CONSENT* MOTION TO IMMEDIATELY TRANSPORT DEFENDANT

The defendant, Juan Carlos Sierra-Ramirez, by undersigned defense counsel, and with the consent of counsel for the United States, respectfully requests that this Court issue an order directing the U.S. Marshal Service to immediately transport the defendant from Brooklyn, New York to Warsaw, Virginia. In support of this motion, the defendant respectfully submits:

1. The defendant is presently detained at the Metropolitan Detention Center in Brooklyn, New York. As the Court is aware, the defendant was in New York as part of his continuing obligation to cooperate with government law enforcement and prosecutors. This cooperation was completed in early April and since then the defendant has been waiting for his return to the Northern Neck Regional Jail in Warsaw, Virginia.

2. On Wednesday, April 27, 2011, both undersigned defense counsel and government counsel, Robert Spelke, spoke with a representative of the U.S. Marshal Service in Washington, D.C., and asked when the defendant would be transported from New York back to Virginia. The U.S. Marshal representative said that, under the current schedule, the defendant would not be returned to Virginia until May 10th. Both counsel expressed



      great concern that this date would jeopardize the defendant's commitment to this Court, and his continuing cooperation with Colombian officials.[1]

3. As part of the conversation between counsel and the representative from the U.S. Marshal Service, it was suggested that transport of the defendant could be accomplished earlier if the Marshal Service would be directed to do so by the Court. Should the Court sign the proposed order, the Marshal Service would expect to have the defendant in Warsaw, Virginia by no later than the close of next week.

**WHEREFORE,** the defendant, with consent of government counsel, respectfully asks the Court to issue an order directing the U.S. Marshal Service to immediately transport the defendant to the Northern Neck Regional Jail in Warsaw, Virginia. A proposed order is attached to this motion.

**Respectfully submitted,**

**RETURETA & WASSEM, P.L.L.C.**

By: /s/ _____
Manuel J. Retureta, Esq.
District of Columbia Bar No. 430006
1614 Twentieth Street, NW
Washington, DC 20009
202.450.6119
MJR@RETURETAWASSEM.COM

---

[1] As this Court is aware, a May 19, 2011 sentencing date is set for the defendant. Under the Court's sentencing hearing order, sentence memoranda are due May 12, 2011. Waiting for the defendant's May 10th arrival would seriously jeopardize his ability to prepare his sentence memorandum, as well as respond to the anticipated government filing. Additionally, Colombian officials with the Justice & Peace Commission, as well as the Colombian Supreme Court, have been eager to schedule dates so the defendant may continue to provide testimony. Already, previously scheduled hearing dates for the week of April 25th through 29th for the Justice & Peace Commission were cancelled due to the defendant's delayed transport from New York to Virginia.

/s/ _____
Ron Earnest, Esq.
District of Columbia Bar No. 477305
P.O. Box 608
Riverdale, Maryland 20738
240.401.5277
RONEARNEST@GMAIL.COM

*Defense Counsel for Juan Carlos Sierra Ramirez*

### CERTIFICATE OF SERVICE

I certify that this pleading was served via electronic mail to all parties and also submitted to the Clerk of the Court per this Court's Local Rules governing sealed pleadings on this 28th day of April 2011.

/s/ _____
Manuel J. Retureta, Esq.