# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



**FILED**
APR 29 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal Case No.: 02-388 (ESH) |
| **JUAN CARLOS SIERRA-RAMIREZ** | -- Under Seal -- |

## ORDER

Before the Court is a defense motion to have the defendant, Juan Carlos Sierra-Ramirez (Fed. Reg. #80518-004) immediately transported by the U.S. Marshal Service from the Metropolitan Detention Center in Brooklyn, New York, to the Northern Neck Regional Jail in Warsaw, Virginia. After consideration of the motion, the reasons stated in the motion, and the consent provided by government counsel, the Court finds that there is good cause for the motion and it is hereby **ORDERED** that the motion be and is hereby **GRANTED.**

The U.S. Marshal Service is hereby **ORDERED** to immediately transport the defendant to the Northern Neck Regional Jail in Warsaw, Virginia.

SO ORDERED THIS 29th DAY OF APRIL 2011.

_____
~~ELLEN SEGAL HUVELLE~~
**UNITED STATES DISTRICT JUDGE**