UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No.: 02-388 (ESH) |
| v. | -- Under Seal -- |
| JUAN CARLOS SIERRA-RAMIREZ | |

### ORDER

This matter is before the Court on a defense motion to continue the sentencing hearing date. After consideration of the motion, the absence of opposition by the government, and the entire record, the Court finds that there is good cause for the motion and it is hereby

**ORDERED,** that the motion be and is hereby **GRANTED**; and, it is further

**ORDERED,** that the current sentencing hearing date is adjourned to the 21st day of June, 2011, at 12:00 a.m./p.m. and granted the motion to seal.

SO ORDERED THIS 16 DAY OF MAY 2011.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE