ORIGINAL

FILED
SEP - 2 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No.: 02-388 (3) (ESH) |
| v. | -- Filed Under Seal -- |
| JUAN CARLOS SIERRA RAMIREZ | |

### NOTICE OF FILING OF SENTENCE HEARING EXHIBIT
### ON BEHALF OF DEFENDANT JUAN CARLOS SIERRA

**COMES NOW DEFENDANT**, Juan Carlos Sierra, by and through undersigned counsel, and respectfully submits the attached letter as an exhibit to his previously filed Memorandum In Aid of Sentencing.

Respectfully submitted,

RETURETA & WASSEM, P.L.L.C.

By: /s/ _____
Manuel J. Retureta, Esq.
District of Columbia Bar No. 430006
1614 Twentieth Street, NW
Washington, DC 20009
202.450.6119
MJR@RETURETAWASSEM.COM

LAW OFFICE OF RON EARNEST

/s/ _____ (mjr)
Ron Earnest, Esq.
District of Columbia Bar No. 477305
P.O. Box 608
Riverdale, Maryland 20738
240.401.5277
RONEARNEST@GMAIL.COM

*Defense Counsel for Juan Carlos Sierra Ramirez*

## CERTIFICATE OF SERVICE

I certify that a copy of the attached Notice was served upon government counsel, Paul W. Laymon, via email and filed with the Clerk of the Court consistent with the Local Rules governing sealed pleadings on this 2nd day of September 2011.

By: /s/ _____
Manuel J. Retureta, Esq.



# NORTHERN NECK REGIONAL JAIL

Serving • Richmond Co. • Westmoreland Co. • Northumberland Co. • Town of Warsaw
P. O. Box 1090, 3908 Richmond Road, Warsaw, Virginia 22572
(804) 333-6419 • Fax (804) 333-6029

August 3, 2011

Ted Hull
Superintendent

Captain Darryl L. Turner
Director of Security

Captain W. Joseph Hickey
Director of Intake
Receiving and Training

Captain Lynn M. Sudduth
Director of Inmate Services

Captain Gina M. Campbell
Director of Human Resources

Ona J. Monteil
Director of Inmate Education

Vivian A. Moore
Director of Community Based
Probation & Offender Reentry

Your Honor:

I have been asked to provide a letter on behalf of inmate Juan Carlos Sierra-Ramirez. Inmate Sierra-Ramirez has been incarcerated at Northern Neck Regional Jail on three separate occasions: August 4, 2009-November 8, 2010, February 7, 2011-March 7, 2011, and May 4, 2011 to present.

During inmate Sierra-Ramirez' periods of incarceration he has worked as an Inmate Trusty (painter), assisting Sgt Burrell with the painting of almost the entire jail. Inmate Sierra-Ramirez has had no institutional infractions, and has been a model inmate while incarcerated at Northern Neck Regional Jail.

If you have any questions regarding inmate Sierra-Ramirez' incarceration they can be directed to Sgt. C. Burrell, Trusty Workforce Coordinator at (804) 333-6419.

Sincerely,

Captain Lynn M. Resler, M.P.A.
Chief of Inmate Services
(804) 333-6004

*"Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."*
M Meade