UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                                )<br>)<br>JUAN CARLOS SIERRA-RAMIREZ,     )<br>)<br>                    **Defendant.**             )<br>                                                              ) | Criminal No. 02-388-3 (ESH) |

## ORDER

On June 2 and 3, 2015, in response to the Court's Order of May 5, 2015, counsel for defendant JUAN CARLOS SIERRA-RAMIREZ filed under seal in *In re Reporters Committee for Freedom of the Press*, Misc. Action 15-mc-0410, proposed redactions for the documents and proceedings in the above-captioned matter that he seeks to keep under seal.  (*See* Sealed Motions for Leave to File Document Under Seal, Misc. No. 15-mc-410, June 2 & 3, 2015 [ECF Nos. 19 & 20].)  Upon consideration of these filings, the Court finds that, as redacted, these documents should be unsealed.  Accordingly, it is hereby

**ORDERED** that the documents and proceedings, as redacted, and all indices thereto that were filed in Misc. No. 15-mc-410 on June 2 and June 3, 2015 [ECF Nos. 19 & 20] are **UNSEALED**; and it is further

**ORDERED** that defendant shall file in the above-captioned case, Crim. No. 02-cr-0388-03), by no later than June 9, 2015, copies of those redacted documents and proceedings along with a complete index thereto.  **Counsel should file these documents as exhibits attached to a Notice of Filing, so that the Clerk can ensure that they are properly added to the existing docket**.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  June 8, 2015