UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal Case No.: 02-cr-388 (3) (ESH) |
| v. | |
| JUAN CARLOS SIERRA RAMIREZ | |

NOTICE OF FILING

**COMES NOW THE DEFENDANT**, Juan Carlos Sierra Ramirez, by and through undersigned counsel, and respectfully submits this Notice of Filing.  Pursuant to this Court's order [ECF 197], attached to this notice are redacted documents and proceedings with an accompanying index as filed in Misc. No. 15-mc-410 on June 2 and June 3, 2015 [ECF Nos. 19 & 20].

Respectfully submitted,

RETURETA & WASSEM, P.L.L.C.

By: _____
Manuel J. Retureta, Esq.
Washington, D.C. Bar #430006
300 New Jersey Ave., NW
Suite 900
Washington, D.C.  20001
O - 202.450.6119  /  F – 202.783.9119
MJR@RETURETAWASSEM.COM
*Counsel for Juan Sierra Ramirez*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing notice was filed via the Court's ECF system on this 8th day of June 2015.

_____
Manuel J. Retureta, Esq.