IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No.:  02-cr-388 (3) (ESH) |
| JUAN CARLOS SIERRA RAMIREZ | |

**JUAN SIERRA RAMIREZ'S INDEX OF REDACTED DOCUMENTS**

**COMES NOW** Juan Sierra Ramirez, by and through undersigned counsel, and respectfully submits this Index of Redacted Documents submitted pursuant to this Court's order. [ECF 197]

1. Joint Status Report, filed January 28, 2009
2. Second Joint Status Report, filed May 28, 2009
3. Third Joint Status Report, filed October 16, 2009
4. Fourth Joint Status Report, filed January 29, 2010
5. ECF 67
6. Court ECF Order of June 4, 2014

1