UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 02-388-03 |
| | : | (ESH) |
| Juan Carlos Sierra-Ramirez, | : | (FILED UNDER SEAL) |
| a/k/a "El Tuso," | : | |
| a/k/a "El Primo," | : | |
| Defendant. | : | |

## FOURTH JOINT STATUS REPORT

The United States, by the undersigned attorneys and counsel for defendant Juan Carlos Sierra-Ramirez, a/k/a "El Tuso", a/k/a "El Primo", Mr. Ron Earnest, Esquire and Mr. Manuel J. Retureta, Esquire, report the following to the Court:

1. The defendant entered a plea of guilty on November 19, 2008, to count One of the Indictment filed in this case. The plea agreement included cooperation by the defendant. The Court requested and the parties filed a third joint status report on October 16, 2009. Previous reports were filed on January 28 and May 28, 2009.



3. The defendant continues to be cooperative and remains willing to provide further cooperation and valuable information. The parties expect that further debriefings will be required and additional testimony needed.

4. Accordingly, the parties have agreed to request this Court to set a date for a Fifth Joint Status Report in approximately four months, on or about June 1, 2010.

     5.  The defendant requests, and the government does not oppose, the Court ordering a pre-sentence report be prepared by U.S. Probation and Pretrial Services at this time, even though a date for sentencing has not been requested or set.

     WHEREFORE, the parties request that the Court set June 1, 2010, for the parties to file a Fifth Joint Status Report.


Paul O'Brien
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice




_____          _____
By:   Robert A. Spelke                         Date
     Robert Raymond
     Trial Attorneys
     Narcotics and Dangerous Drug Section
     U.S. Department of Justice


**CERTIFICATE OF SERVICE**

     I certify that a copy of this Fourth Joint Status Report was mailed, pre-paid, first-class to counsel for defendant, Manuel J. Retureta, Retureta & Wassem, PLLC, 601 Pennsylvania Avenue, South Building, Suite 900, Washington, D.C. 20004, and Ron Earnest, 8121 Georgia Avenue, Suite 206, Silver Spring, MD 20910, on this 29th day of January, 2010.




                                     _____
                                     Robert A. Spelke