| | | |
|---|---|---|
| | | (zmm, ) Modified on 5/6/2015 (dr). (Entered: 03/20/2014) |
| 05/12/2014 | 98 | MOTION for Extension of Time to File Assessment filed by UNITED STATES OF AMERICA as to JUAN CARLOS SIERRA-RAMIREZ. (This document is SEALED and only available to authorized persons.) (Attachment: # 1 Text of Proposed Order)(zdr) Modified on 5/6/2015 (dr). (Entered: 05/13/2014) |
| 05/12/2014 | 99 | ORDER as to JUAN CARLOS SIERRA-RAMIREZ (3) granting 98 Government's Unopposed Motion for Extension of Time to File Threat Assessment. Ordered that the government's response shall be filed on May 13, 2014. Further ordered that this order and the government's motion shall be filed and maintained under seal. Signed by Judge Ellen S. Huvelle on 5/12/2014. (This document is SEALED and only available to authorized persons.) (zmm, ) Modified on 5/6/2015 (dr). (Entered: 05/14/2014) |
| 05/19/2014 | 103 | SEALED MOTION (Joint) Reschedule Supervised Release Hearing as to JUAN CARLOS SIERRA-RAMIREZ. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order)(Retureta, Manuel) Modified on 5/6/2015 (dr). (Entered: 05/19/2014) |
| 05/19/2014 | 104 | ORDER as to JUAN CARLOS SIERRA-RAMIREZ granting Joint Motion 103 to Continue Supervised Release Review Hearing as to JUAN CARLOS SIERRA-RAMIREZ. Signed by Judge Ellen S. Huvelle on May 19, 2014. (This document is SEALED and only available to authorized persons.) (zcdw) Modified on 5/6/2015 (dr). (Entered: 05/20/2014) |
| 05/19/2014 | 105 | ORDER as to JUAN CARLOS SIERRA-RAMIREZ granting Consent Motion 102 to Waive Presence of Defendant at Probation Review Hearing. Signed by Judge Ellen S. Huvelle on May 19, 2014. (This document is SEALED and only available to authorized persons.) (zcdw) Modified on 5/6/2015 (dr). (Entered: 05/20/2014) |
| 06/04/2014 | | HEARING for proceedings held before Judge Ellen S. Huvelle as to JUAN CARLOS SIERRA-RAMIREZ. Status Conference held. Defendant's presence was waived for this hearing. Bond Status of Defendant: Defendant released from ICE custody and being supervised by Probation Office ███████████████; Court Reporter: Scott Wallace; Defense Attorneys: Manuel J. Retureta, Ron Earnest, Eileen P. Blessinger; US Attorney: Paul W. Laymon, Jr.. (zmm, ) (Entered: 06/04/2014) |
| 04/03/2015 | 135 | Unopposed MOTION for Extension of Time to File *Sentencing Documents* by UNITED STATES OF AMERICA as to SALVATORE MANCUSO-GOMEZ. (Attachments: # 1 Text of Proposed Order) (Laymon, Paul) Modified on 4/7/2015 to edit parties (dr). (Entered: 04/03/2015) |
| | | |