UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 3 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

JUAN CARLOS SIERRA-RAMIREZ

Criminal Case No.: 02-388 (ESH)

-- Under Seal --

### ORDER

This matter is before the Court on the defendant's motion for leave to file his sentence memorandum under seal. After consideration of the motion, the government consent, and the entire record, the Court finds that there is good cause for the motion and it is hereby **ORDERED,** that the motion be and is hereby **GRANTED.**

SO ORDERED THIS 13 DAY OF MAY 2011.

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE