UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case:  02-cr-388 (3) (ESH) |
| JUAN CARLOS SIERRA RAMIREZ | |

SUPPLEMENT TO MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW DEFENDANT, Juan Sierra Ramirez, and respectfully submits this supplement to his previously filed motion to terminate his term of supervised release.

Authority

Mr. Sierra notes the distinguishing nature of cases where early termination of supervised release was denied.  In two cases, exceptional circumstances were not found, but more telling, in both cases the U.S. Probation Office *opposed the defendants' motions. United States v. Bauer,* 2012 WL 1259251 at *2 (N.D. Cal. April 13, 2012) (unpublished), and, *United States v. McKay,* 352 F.Supp.2d 359, 361 (E.D.N.Y. 2005).  By comparison, the U.S. Probation Office supervising Mr. Sierra does not oppose his motion.

In two other cases, the defendants sought early termination after only completing less-than-half of the supervised release term.  *United States v. Weintraub,* 371 F.Supp.2d 164, 167 (D.Conn. 2005) (Only 1/3 of supervision period completed at time of the motion.); and, *United States v. Medina,* 17 F.Supp.2d 245

(S.D.N.Y. 1998) (Only 3-years of 8-year supervision period completed.). By contrast, Mr. Sierra has completed almost 3 ½-years of unblemished supervision with only approximately 18-months left.

Exceptional Compliance

Mr. Sierra's compliance with this Court's imposed term of supervised release has been exceptional. Beyond full compliance with this Court and U.S. Probation, Mr. Sierra has been fully compliant with the U.S. Department of Homeland Security per the requirements of his immigration status. This compliance consists of annual reports to immigration authorities with reporting of residence and personal information. This requirement and his compliance will continue indefinitely.

Beyond compliance with U.S. Probation and Homeland Security, this Court is keenly aware of the exceptional nature of Mr. Sierra's case and its international component. Throughout the entire process, including supervised release, Mr. Sierra has proven his extraordinary compliance and commitment to his new life. In light of the circumstances surrounding Mr. Sierra's case, it is submitted that he has achieved "something 'of an unusual or extraordinary nature' in addition to full compliance." *United States v. Mathis-Gardner*, 110 F.Supp.3d 91, 94 (D.D.C. 2015), citing, *United States v. Etheridge,* 999 F.Supp.2d 192, 196 (D.D.C. 2013) (quoting, *United States v. Caruso,* 241 F.Supp.2d 466, 469 (D.N.J.2003)).

WHEREFORE, Mr. Sierra Ramirez respectfully submits that the time, resources and expense of his supervision are no longer warranted given his

2

exceptional compliance and that his term of supervised release should be terminated.

RETURETA & WASSEM, P.L.L.C.

By: _____
Manuel J. Retureta, Esq.
Washington, D.C. Bar #430006
300 New Jersey Avenue, NW
Suite 900
Washington, D.C. 20001
202.450.6119
MJR@RETURETAWASSEM.COM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties pursuant to the Local Rules this 17th day of August 2016.

By: _____
Manuel J. Retureta, Esq.